# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00279 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| ANDRA PARKER | ) Assign Date: 12/15/2022 |
| DOB: ▇▇▇▇ | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2018 through May 2019__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Michael F. Biscardi, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 15, 2022.

Date: 12/16/2022

*Judge's signature*

City and state: Washington, DC

Robin M. Meriweather
*Printed name and title*