## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:22-mj-00279 |
| : | Assigned to: Judge Meriweather, Robin M. |
| v. : | Assign Date: 12/15/2022 |
| : | Description: COMPLAINT W/ ARREST WARRANT |
| : | **Filed Under Seal** |
| **ANDRA PARKER,** : | |
| : | |
| Defendant. : | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

**I.      IDENTITY OF THE AFFIANT**

I, Michael F. Biscardi, being duly sworn, state:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been since January 19, 2017. I am currently assigned to the District of Columbia Public Corruption Squad in the Washington Division of the FBI. My primary responsibilities include conducting and assisting with investigations involving public corruption, fraud against the government and other related violations of federal criminal law. I have received training in federal law enforcement and criminal investigations.

2. I am assigned to this investigation and my involvement has included, but is not limited to, interviewing witnesses and reviewing documentary evidence.

**II.     REASON FOR AFFIDAVIT**

3. This affidavit is made in support of a criminal complaint and arrest warrant charging Andra Parker with a violation of 18 U.S.C. § 1343 (Wire Fraud). Specifically, from approximately June 2018 through May 2019, Parker embezzled funds from the Fraternal Order of Police – Department of Corrections Labor Committee ("Labor Committee") while he served as the Committee's chairman.

4. The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

### III. PROBABLE CAUSE

5. Andra Parker is a correctional officer at the D.C. Department of Corrections.

6. Between approximately June 2018 and May 2019, Parker served as chairman of the Department of Corrections Labor Committee. The Labor Committee was a labor organization in Washington, D.C., whose objectives included organizing, aiding, and representing all members of the D.C. Department of Corrections. The Committee's five-member executive board was composed of chairman, vice-chairman, executive secretary, recording secretary, and treasurer.

7. As chairman, Parker had full access to the Labor Committee's bank accounts to carry out his official duties and was issued a debit card. The Labor Committee had bank accounts at SunTrust Bank.

8. From in or about approximately June 2018 through May 2019, Parker devised a scheme to defraud the Labor Committee, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. Specifically, he used his position to embezzle tens of thousands of dollars from the Labor Committee.

9. Parker defrauded the Labor Committee by using Labor Committee funds for non-official purposes, including using the Labor Committee debit card to pay for unofficial travel, lodging, and entertainment for Parker and his friends when he did not have authority to do so.

10. On November 14, 2018, Parker used approximately $1,325 in Labor Committee funds to purchase four roundtrip airline tickets to fly Parker and his friends from Ronald Reagan

National Airport in Arlington, Virginia, on December 2, 2018, to LaGuardia Airport in Queens, New York.

11. On November 15, 2018, Parker used approximately $371.90 in union funds to purchase two tickets to the December 3, 2018, New York Knicks vs. Washington Wizards game, which was played at Madison Square Garden in Manhattan.

12. On the afternoon of November 19, 2018, Parker emailed Cornell University's School of Industrial and Labor Relations ("ILR School") the following:

> "Hello, I am Andra Parker Chairman of DC DOC Fraternal Order of Police Union Labor Committee. I've been trying to obtain information on your upcoming Diversity and Inclusion Education and Training Program held on December 3-4. On the ILR school website the seats appear to be limited. I wanted to know if you have 4 available seats left for this upcoming event. Please, email or contact my office at (301) XXX-XXXX. Thanks
>
> Corporal Andra Parker
> Chairman FOP
> DC Department of Corrections"

13. Within three hours of Parker's email, a Customer Service and Registration Representative from Cornell's ILR School replied,

> "Hi Andra,
>
> I am so sorry the Diversity and Inclusion Education and Training course is at a capacity and no longer accepting any more registrations. You can however register for the next session scheduled for March 20-21, 2019."

14. On November 29, 2018, ten days after Cornell told Parker that he could not register for the December course because it was at capacity, Parker made hotel reservation(s) at the Hilton Garden Inn Times Square in New York, New York, for December 2, 2018.

15. On November 30, 2018, eleven days after Cornell told Parker that he could not register for the December course because it was at capacity, Parker spent $616.86 in union funds on three tickets to the December 4, 2018, performance of *Summer: The Donna Summer Musical*.

Parker purchased the tickets to the New York production on the website Broadway.com, which did not have any servers in Washington, D.C. Broadway.com supplied records that the IP address associated with the purchase of the tickets was 73.128.191.161. Comcast records show that IP address as being assigned to the DOC Labor Committee's Office in Southeast, Washington, D.C. Thus, in purchasing the tickets, Parker caused a signal to be transmitted in interstate commerce, that is, from the District of Columbia to a location outside the District of Columbia.

16. During the trip to New York, Parker spent more than $4,000 in union funds on rooms and other expenses at the Hilton Garden Inn Times Square.

17. In total, Parker misappropriated more than $7,000 in union funds with respect to the New York City trip, for which there was no official union business.

18. Parker also used union funds for other non-official purposes, including the purchase of four tickets totaling $2,029.44 for a September 25, 2018, Diana Ross concert in North Bethesda, Maryland.

**IV.    CONCLUSION**

19. Based upon the facts and circumstances contained in this affidavit, your affiant believes there is probable cause to issue an arrest warrant for Andra Parker for violating 18 U.S.C. § 1343 (Wire Fraud).

Respectfully submitted,

_____
Michael F. Biscardi
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 16, 2022.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE