UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. |
| v. | : | |
| | : | |
| ANDRA PARKER, | : | **<u>Filed Under Seal</u>** |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT,
<u>SUPPORTING AFFIDAVIT, AND RELATED DOCUMENTS</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court for an Order directing that the Criminal Complaint, Affidavit in support thereof, and related documents, and this Motion and the Court's Order sealing the aforesaid documents be placed under seal until the Defendant is arrested. In support of this motion, the United States represents the following:

1. The complaint charges the defendant with 18 U.S.C. § 1343 (wire fraud). Although the defendant is aware that the government has been investigating him, the government respectfully submits that premature public disclosure of the complaint, supporting affidavit, warrant, and related material could potentially result in the defendant fleeing and/or taking other measures to avoid apprehension.

2. The government submits that these circumstances present a compelling government interest under *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and that said governmental interest requires sealing the complaint, affidavit, arrest warrant, and related documents, as well as delay in the public docketing of the filing of these sealed pleadings and the accompanying order.

3. The government requests that the affidavit and related documents filed in this case be unsealed without further motion from the government upon the arrest of the defendant.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

MATTHEW M. GRAVES
U.S. ATTORNEY
D.C. BAR NO. 481052

Date: December 15, 2022   By:   */s/ Kondi J. Kleinman*
Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
202-252-6887 | kondi.kleinman2@usdoj.gov

2