AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00279 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| ANDRA PARKER | ) Assign Date: 12/15/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) ANDRA PARKER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1343 (Wire Fraud)

Date: 12/16/2022

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.16 15:24:47 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather
*Printed name and title*

---

### Return

This warrant was received on (date) 12/16/22, and the person was arrested on (date) 12/17/22
at (city and state)

Date: 12/19/22

*Arresting officer's signature*

FBI SA Michael F. Biscardi
*Printed name and title*